**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| BLAKE PARTNERS, INC., Individually and On Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civ. Action No. 07-4517 (WHW) |
| ORBCOMM, INC., JEROME B. EISENBERG and ROBERT G. COSTANTINI, | : : : : | |
| Defendants. | : : : | |

|  |  |  |
|---|---|---|
| LORRAINE DOWDEN, Individually and On Behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civ. Action No. 07-4590 (WHW) |
| ORBCOMM, INC., JEROME B. EISENBERG, and ROBERT G. CONSTANTINI, JOHN DOES (1-100), and ABC, INC. (1-100), | : : : : : | **ORDER** |
| Defendants. | : : | |

**Walls, Senior District Judge**

It is on this 2nd day of June 2008,

ORDERED that the motion by Erwin Weichel, David Peterson, and William Hunt (the

"Weichel Group") for consolidation of Blake Partners, Inc. v. Orbcomm, Inc., Civ. Action No.

-2-

**NOT FOR PUBLICATION**

07-4517, and <u>Dowden v. Obcomm, Inc.</u>, Civ. Action No. 07-4590, be and is hereby GRANTED; and It is further

ORDERED that Weichel Group's motion for appointment as lead plaintiff pursuant to 15 U.S.C. § 77z-1(a)(3)(A) and (B) be and is hereby GRANTED; and It is further

ORDERED that Weichel Group's motion for selection of Coughlin Stoia Geller Rudman & Robbins LL ("Coughlin Stoia") and Abraham Fruchter & Twersky LLP ("Abraham Fruchter") as lead counsel and Cohn Lifland Pearlman Herrmann & Knopf LLP ("Cohn Lifland") as liaison counsel pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v) be and is hereby GRANTED.


**s/William H. Walls**
United States Senior District Judge

-2-